## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY HOFFMAN, <br> as Administrator of the <br> Estate of Joseph Lee Pritchett, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MOBILE, *et al.*, <br><br> Defendants. | * <br> * <br> * <br> * <br> * CIVIL ACTION NO. 25-00021-JB-B <br> * <br> * <br> * <br> * <br> * <br> * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated May 22, 2025 (Doc. 12) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to timely serve the Defendants with process, and alternatively under Federal Rule of Civil Procedure 41(b) and the Court's inherent authority for Plaintiff's failure to diligently prosecute this action and to comply with the Court's orders.

**DONE and ORDERED** this 16th day of June, 2025.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE