IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY HOFFMAN,** as Administrator of the Estate of Joseph Lee Pritchett, | *<br>*<br>*<br>* |
| Plaintiff, | *<br>*    **CIVIL ACTION NO. 25-00021-JB-B** |
| vs. | *<br>* |
| **CITY OF MOBILE,** *et al.*, | *<br>* |
| Defendants. | * |

### JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice.**

**DONE and ORDERED** this 16th day of June, 2025.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE